IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL R. SEEHAFER,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                               Case No. 15-cv-689-wmc

WISCONSIN DEPARTMENT OF
CORRECTIONS,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Michael R. Seehafer's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

    /s/                                                               6/20/2017

    Peter Oppeneer, Clerk of Court                              Date